IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROOSEVELT SMITH**                                                                **PLAINTIFF**

v.                   Case No. 3:19-cv-00305 BSM

**PHILLIP STERLING, et al.**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of January 2020.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE